**UNDER SEAL**

FILED
CHARLOTTE, NC

OCT 16 2012

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:12CR312-FDW |
| ) | |
| v. ) | |
| ) | ORDER SEALING INDICTMENT |
| ) | |
| BRITTANY VIRGINIA WILLIAMS, et al. ) | |
| ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, this Motion and any Order issued pursuant to this Motion be sealed until further notice order of this court.

IT IS HEREBY ORDERED that the Indictment, this Motion and any Order issued pursuant to this Motion be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 16th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE